IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEBASTIAN BROWN PRODUCTIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 14-009-SLR ) |
| MUZOOKA INC., SHAWN WILSON, CHESTER ALDRIDGE, and IVORY OCTAVES, LLC, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 30th day of March, 2015, consistent with the memorandum issued this same date;

IT IS ORDERED that defendants' motion to transfer venue to the Northern District of California (D.I. 13) is granted.[1]

_____
United States District Judge

---

[1] All the other grounds for relief sought in D.I. 13 are denied as moot.